JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Parissa Nouraie., | ) | Case No. CV 14-05637-ODW(JPRx) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| | ) | |
| Eric Holder et al., | ) | |
| | ) | |
| Defendants. | ) | |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 31, 2016

OTIS D. WRIGHT, II
United States District Judge